

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FIFTH DISTRICT, AT DALLAS

No. 05-16-01124-CV

STEPHEN COURTNEY, M.D. AND PLANO ORTHOPEDICS SPORTS MEDICINE AND SPINE CENTER, P.A.

V.

CHRISTEL PENNINGTON, INDIVIDUALLY AND AS AN HEIR AND REPRESENTATIVE OF THE ESTATE OF STEVEN PAUL PENNINGTON, DECEASED

(Trial Court No. DC-16-03386 in the 162nd Judicial District Court of Dallas County)

**The costs incurred on appeal to the Fifth Court of Appeals Dallas, Texas are below:**

| Fee Date | Type of Fee | Charges | Paid | Paid By |
|---|---|---|---|---|
| 11/30/2016 | Motion fee | $10.00 | E-PAID | GEORGIANA HOLLAND |
| 11/22/2016 | Clerk's record | $40.00 | PAID | COOPER & SCULLY |
| 10/24/2016 | Motion fee | $10.00 | E-PAID | DIANA L FAUST |
| 10/03/2016 | Reporter's record | $360.00 | PAID | COOPER & SCULLY |
| 10/03/2016 | Clerk's record | $389.00 | PAID | STEPHEN COURTNEY, M.D. ETAL |
| 09/27/2016 | Filing | $205.00 | E-PAID | DIANA L FAUST |

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **LISA MATZ, CLERK** OF THE FIFTH COURT OF APPEALS OF THE STATE OF TEXAS AT DALLAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fifth District of Texas, this January 31, 2018.

**/s/ LISA MATZ, Clerk of the Court**